PS 8
(3/15)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Wyatt, Walter Lee | Docket No. | 2:19CR00180-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Walter Lee Wyatt, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 22nd day of November 2019, under the following conditions:

**Additional Condition #27:** Defendant shall be restricted to his residence every day from 7:00 p.m. to 7:00 a.m. unless permitted otherwise by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Walter Lee Wyatt is alleged to have failed to return to his residence by 7 p.m. on December 9, 2019.

On November 25, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Wyatt. Mr. Wyatt acknowledged an understanding of the conditions of release, which included additional condition #27.

On December 9, 2019, Mr. Wyatt failed to return to his residence by 7 p.m. U.S. Probation Officer (USPO) Curt Hare, contacted Mr. Wyatt on December 9, 2019, to address his failure to return to his residence by 7 p.m. Mr. Wyatt advised USPO Hare that he was out for a walk and did not realize he was out that long. Mr. Wyatt returned to his residence on December 9, 2019, at 7:47 p.m.

It should be noted, Mr. Wyatt is currently being monitored with global positioning systems (GPS) equipment. On December 10, 2019, the undersigned officer reviewed Mr. Wyatt's GPS mapping from December 9, 2019. GPS mapping revealed Mr. Wyatt was at a Wal-Mart store at 7 p.m. on December 9, 2019.

Subsequently, the undersigned officer confronted Mr. Wyatt about his whereabouts on December 9, 2019. Mr. Wyatt advised he was shopping at Wal-Mart with his girlfriend. He said he lost track of the time and returned home late. The undersigned officer reminded Mr. Wyatt of his curfew expectations at that time and Mr. Wyatt verbally acknowledged an understanding of his curfew expectations.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: December 10, 2019 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[x] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

 December 10, 2019
Date