# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 09, 2020**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Wyatt, Walter Lee | Docket No. | 2:19CR00180-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Walter Lee Wyatt, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 22nd day of November 2019, under the following conditions:

**Standard Condition #3:** Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #2:** Walter Lee Wyatt is alleged to have failed to appear before the Court for a scheduled pretrial conference hearing on January 7, 2020.

On November 25, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Wyatt. Mr. Wyatt acknowledged an understanding of the conditions of release, which included standard condition #3.

On January 7, 2020, Mr. Wyatt was scheduled to appear before the Honorable Thomas O. Rice, Chief U.S. District Judge, for a pretrial conference. Mr. Wyatt failed to appear for this scheduled appearance before the Court. Subsequently, a warrant was issued for Mr. Wyatt's arrest.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 8, 2020

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

January 9, 2020
_____
Date