UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2019

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Wyatt, Walter Lee | Docket No. | 2:19CR00180-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Walter Lee Wyatt, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 22nd day of November 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Walter Lee Wyatt is alleged to have tested positive for the presence of amphetamine and methamphetamine on December 11, 2019.

On November 25, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Wyatt. Mr. Wyatt acknowledged an understanding of the conditions of release, which included standard condition #9.

On December 11, 2019, Mr. Wyatt reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Mr. Wyatt denied using amphetamine or methamphetamine at that time. Subsequently, the urine specimen was sent to Alere Toxicology (Alere) for further analysis.

On December 16, 2019, Alere confirmed the urine specimen tested positive for the presence of amphetamine and methamphetamine.

On December 17, 2019, the undersigned officer confronted Mr. Wyatt about the positive result for amphetamine and methamphetamine. Mr. Wyatt verbally admitted he found a bag containing methamphetamine and ingested the substance.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|   |   |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:  December 18, 2019 |
| by: | s/Erik Carlson |
| | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

Re: Wyatt, Walter Lee
December 18, 2019
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_December 19, 2019_
Date