# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 21, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Wyatt, Walter Lee | Docket No. | 2:19CR00180-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Walter Lee Wyatt, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 22nd day of November 2019 under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Walter Lee Wyatt is alleged to have admitted to ingesting methamphetamine on approximately four occasions since December 12, 2019.

On November 25, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Wyatt. Mr. Wyatt acknowledged an understanding of the conditions of release, which included standard condition #9.

On January 17, 2020, the undersigned officer met with Mr. Wyatt at his residence for a home contact and to conduct urinalysis testing for illegal controlled substances. Upon arrival, Mr. Wyatt admitted to the undersigned officer that he would test positive for the presence of methamphetamine.

Mr. Wyatt provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Subsequently, Mr. Wyatt signed an admission form acknowledging he had ingested methamphetamine on approximately four occasions since December 12, 2019. His last admitted use of methamphetamine was on January 13, 2020.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:   January 21, 2020 |
| | by | s/Erik Carlson |
| | | Erik Carlson
U.S. Pretrial Services Officer |

PS-8

Re: Wyatt,, Walter Lee
January 21, 2020
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

                                          _____
                                          Signature of Judicial Officer

                                          __January 21, 2020_____
                                          Date