PROB 12C
(6/16)

Report Date: March 19, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 19, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Walter Lee Wyatt | Case Number: 0980 2:19CR00180-TOR-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 21, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Counterfeit Currency, 18 U.S.C. § 472 | | |
| Original Sentence: | Prison - 366 Days; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: | November 2, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | November 1, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/14/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| 4 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer. |

**Supporting Evidence**: Mr. Walter Wyatt is alleged to have violated mandatory condition number 1 and standard condition number 3 by engaging in conduct constituting Petit Theft on or about March 8, 2021, in Kootenai County, Idaho, in violation of Idaho Statute 18-2407(2), a misdemeanor, thereby clearly departing the federal judicial district in which he was previously authorized to reside without authorization.

On November 3, 2020, the undersigned officer reviewed Mr. Wyatt's Court ordered conditions of supervised release relative to 2:19CR00180-TOR-1 with the client telephonically given the current COVID-19 pandemic. Mr. Wyatt indicated he understood all conditions as ordered by the Court and the client's conditions were signed electronically by the undersigned officer on his behalf and with his approval. In addition, on November 4, 2020, Mr. Wyatt's conditions were sent electronically to his then Residential Reentry Center (RRC) case manager for his signature. These conditions were returned electronically on the

Prob12C
Re: Wyatt, Walter Lee
March 19, 2021
Page 2

day in question with the client's signature affixed and with the client's case manager indicating she had reviewed the forms with him. Specifically, Mr. Wyatt was made aware by his U.S. probation officer that he was required to not commit another federal, state or local crime.

On March 8, 2021, the U.S. Probation Office in Spokane received an automated law enforcement notification with respect to the client, originating both from the Kootenai County Sheriff's Office and the 911 dispatch center. Upon seeking clarification of the inquiry, the U.S. Probation Office learned that the client was a suspect in a petit theft case, and on March 17, 2021, the subsequently completed police reports were received.

According to initial reports, on March 8, 2021, a Kootenai County Sheriff's Deputy responded to Super 1 Foods in Athol, Idaho, in response to a reported theft. Loss prevention staff advised the deputy that on the day in question a white male had entered the store, walked around, and approached the hot food section of the deli, subsequently filling a container with food, and then purchasing several lottery tickets, before leaving the store without paying for the food. Loss prevention staff noted they confronted the client outside of the store before he entered a vehicle with a female driver, ultimately directing the driver to leave. Loss prevention staff noted they wanted the client to be trespassed from the store and they were willing to press charges. Surveillance footage was provided to the deputy, and through investigation the assigned detective later learned the driver of the vehicle was allegedly dating Mr. Wyatt. The detective noted the image of the client as appearing in surveillance footage was consistent with the appearance of the client.

The driver of the vehicle was subsequently contacted telephonically following her being identified after loss prevention staff were able to obtain the plate number off of the vehicle in which the parties left the store in. The contact provided an inconsistent statement, originally noting she did not know the party and had dropped him off at Silverwood Theme Park after he made her uncomfortable. On March 17, 2021, the detective was able to make contact with the driver of the vehicle in person, at which time she admitted that she had been dating the client, but they had since broken up. The party confirmed that the client had in fact stolen from the store as outlined herein.

On March 18, 2021, the undersigned officer received confirmation from the investigating detective that he would be pursuing charges and requesting a warrant for the client for petit theft in violation of Idaho state law. As the Court remains apprised, Mr. Wyatt absconded from supervised release in December 2020, and therefore at no time had permission from the U.S. Probation Office to travel outside of the Eastern District of Washington where he was previously authorized to reside.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
**Re: Wyatt, Walter Lee**
**March 19, 2021**
Page 3

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 19, 2021

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge
March 19, 2021
Date